UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIWAND ZAKHIMI (16),<br><br>　　　　　　　　Defendant. | CASE NO.:  21-cr-01623-JLS-16<br><br>**ORDER TO TRANSPORT MR. ZAKHIMI** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the United States Marshals Service transport Mr. Zakhimi to his Bureau of Prisons designated facility, FCI Elkton, as soon as possible.

**IT IS SO ORDERED.**

Dated:  March 19, 2025

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge